FILED

2016 APR -5 PM 3:49

CLERK. US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID LEE HAM, JR.,
Plaintiff,

v.

Civil Action No.: 3:15-cv-00939-J-39JBT

NATIONSTAR MORTGAGE, LLC.,
AURORA BANK FSB, as Owner of
AURORA LOAN SERVICES, LLC.,
AURORA LOAN SERVICES, LLC., the
Law Offices Marshall C. Watson, P.A.,
and the Law Offices of Robertson,
Anschultz, and Sneid, P.L.,
Defendants.

**PLAINTIFF'S**
**NOTICE OF SUPPLEMENTAL AUTHORITY**
**FROM FLORIDA'S FOURTH DISCTRICT COURT OF APPEAL**

COMES NOW, **DAVID LEE HAM, JR.**, unrepresented plaintiff, pursuant to Rule 7.1 (f) Fed.R.Civ.P. and submits the attached decision of the Fourth District Court of Appeal in **Edwards v. Epstein, No. 4D14-2282 (Fla. 4th DCA Nov. 12, 2015)** [rejecting the application of Florida's Litigation Privilege to Malicious Prosecution Claims in Wolfe v. Foreman, 128 So. 3d 67 (Fla. 3d DCA 2013)] in response to Nationstar, Aurora Bank, and Aurora's joint Motion to Dismiss Amended Complaint (Document 17 [filed 22 Sep 15]) citing Wolfe.

Together with the Fourth District's Fischer v. Debrincat, 169 So. 3d 1204 (Fla. 4th DCA 2015), there is clear conflict and repeated repudiation of Wolfe; meaning the Federal court should not impose Florida's Litigation Privilege because the Florida Supreme Court has not resolved the current conflict in Florida law regarding its applicability to Malicious Prosecution.

Respectfully submitted, Dated this 5th day of April 2016.

By s/ David Lee Ham, Jr.

David Lee Ham, Jr., *Pro Se* Plaintiff
2774 Burroughs Rd. Middleburg, FL 32068
Email: dlham2@hotmail.com Ph. (904) 203-0146

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing Response to Watson's Motion to Dismiss has been filed emailed and mailed on this **dated this 5th day of April 2016.**to the following:

**Counsel for Nationstar, Aurora Bank, Aurora**
Joseph Troendle,Esq. & Justin E. Hekkanen, Esq.
joseph.troendle@akerman.com
Justin.hekkanen@akerman.com
Akerman, LLP
50 N. Laura St., Ste. 3100
Jacksonville, FL 32203-3659

**Counsel for RAS Law, LLP.**
Vanessa Sloat-Rogers. Esq.
vroger@raslaw.com
Robertson, Anschutz & Schneid, PL
6409 Congress Ave
Boca Raton, FL 33487

By s/ David Lee Ham, Jr.
David Lee Ham, Jr., *Pro Se* Plaintiff